# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **DWAYN DOZIER** | § | |
| | § | |
| **v.** | § | **NO. 4:25-CV-01235-SDJ-BD** |
| | § | |
| **ASHANN-RA** | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

On October 20, 2025, pro se plaintiff Dwayn Dozier filed a complaint against Ashann-Ra. Dkt. 3. On November 13, 2025, the case was transferred to this court. Dkt. 6. But Dozier did not pay a filing fee, file an application to proceed in forma pauperis, or take any other action to prosecute the case. On December 18, 2025, the court ordered him to pay the filing fee or file an application to proceed in forma pauperis within 30 days. Dkt. 9. It warned that "[i]f the plaintiff fails to do so, the court will recommend that all claims be dismissed without prejudice." *Id.* Dozier received notice of that order on December 20, 2025, Dkt. 10, but failed to comply with it.

It is **RECOMMENDED** that the complaint, Dkt. 3, be **DISMISSED WITHOUT PREJUDICE**.

\* \* \*

Within 14 days after service of this report, any party may serve and file written objections to the findings and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1).

A party is entitled to a de novo review by the district court of the findings and conclusions contained in this report only if specific objections are made. *Id.* § 636(b)(1). Failure to timely file written objections to any proposed findings, conclusions, and recommendations contained in this report will bar an aggrieved party from appellate review of those factual findings and legal conclusions accepted by the district court, except on grounds of plain error, provided that the party has been served with notice that such consequences will result from a failure to object. *Id.*; *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1417 (5th Cir.

1996) (en banc), *superseded by statute on other grounds*; 28 U.S.C. § 636(b)(1) (extending the time to file objections from 10 to 14 days).

So **ORDERED** and **SIGNED** this 21st day of January, 2026.

_____
Bill Davis
United States Magistrate Judge